**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| The Board of Trustees of the Construction Industry and Laborers Health and Welfare Trust, *et al.*<br><br>                              Plaintiffs,<br>v.<br><br>North American Specialty Insurance Company, *et al.*,<br><br>                              Defendants. | Case No.: 2:16-cv-2605-APG-CWH<br><br>**ORDER** |

Based on the Notice of Related Cases (Dkt. 5), this case is transferred to Judge Jennifer Dorsey because she is presiding over the related case no. 2:16-cv-1190-JAD-CWH (*Board of Trustees of the Construction Industry and Laborers Health and Welfare Trust, et al. v. Mohave Restoration, Inc., et al.*).

Dated: November 16, 2016.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE